970 A.2d 427

**James GREEN a/k/a Theodore Hill, Appellant**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, State Correctional Institute at Fayette, Records Department, Pennsylvania Board of Probation and Parole, Appellees.**

Supreme Court of Pennsylvania.

May 26, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of May, 2009, the order of the Commonwealth Court is hereby **AFFIRMED.**